Steven D. TURNER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 71896.

Missouri Court of Appeals, Western District.

June 14, 2011.

Susan Lynn Hogan, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Robert J. Bartholomew, Jefferson City, MO, for respondent.

Division Four: LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

## *ORDER*

PER CURIAM:

Steven Turner appeals from the motion court's denial of his motion for post-conviction relief after an evidentiary hearing. Turner contends that the motion court erred because Turner established that his plea counsel failed to act as a reasonably competent attorney when plea counsel convinced Turner to plead guilty in reliance on being placed on probation and paying restitution. Instead, Turner was sentenced to a total of six years in prison. Turner claims he was prejudiced because his guilty plea was not entered knowingly, intelligently, and voluntarily. We affirm. Rule 84.16(b).